**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1)   NATHANIEL F. ROGERS,           )<br>                                                            )<br>            Plaintiff,                        )<br>                                                            )<br>-v-                                                       )     Case No. CIV-09-182-F<br>                                                            )<br>(1)   FANFARE MEDIA WORKS, and  )<br>(2)   BLACKSTREET CAPITAL           )<br>        MANAGEMENT D/B/A FMW OC, INC.,  )<br>                                                            )<br>            Defendants.                  )   | |

## CLERK'S ENTRY OF DEFAULT

**NOW**, on this 14th day of April, 2009, comes on for consideration Plaintiff's Motion for Entry of Default by the Clerk and Declaration in Support [dkt no. 16].

Based upon review of the record, Defendant Fanfare Media Works was served on the 20th day of February, 2009 with the Complaint and Summons. Further, Defendant Fanfare Media Works, has failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure and the terms set forth in the summons. Accordingly, pursuant to Rule 55(a), Fed. R. Civ. P., default is entered against Defendant, Fanfare Media Works.

ROBERT D. DENNIS
Clerk of the United States District Court
for the Western District of Oklahoma

By:       s/ Lori Gray
              Deputy Clerk

09-0182p003.PO.wpd