IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHANIEL F. ROGERS, )<br>        Plaintiff, )<br>v. )<br>         )<br>FANFARE MEDIA WORKS, and )<br>FMW, OC, INC, a/k/a FMW, INC., )<br>        Defendants. ) | Case No. CIV-09-182-F |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE WITH REGARD TO THE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Nathaniel F. Rogers, hereby stipulates with the defendants, Fanfare Media Works and FMW, OC, Inc., a/k/a FMW, Inc., that this action shall be dismissed with prejudice. All parties are to bear their own costs and attorneys' fees.

s/ Elizabeth R. Sharrock
Elizabeth R. Sharrock, OBA # 16934
PIERCE, COUCH, HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis
Oklahoma City, OK 73106
Telephone:   405/235-1611
Facsimile:   405/235-2904

Attorneys for Plaintiff[1]

s/ Adam W. Childers

---

[1] Signed by filing attorney with the permission of plaintiff's attorney.

1

Adam W. Childers, OBA #18673
Daniel P. Johnson, OBA #20742

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
daniel.johnson@crowedunlevy.com

ATTORNEYS FOR DEFENDANT FMW OC, INC.